

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00401-CR

Alberto **VERASTEGUI**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 14,031CR
Honorable Robert Cadena, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 24, 2019.

_____
Beth Watkins, Justice